UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LUCASH and<br>JOYCE LUCASH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  4:06CV1047 TIA |
| | ) | |
| MASTER CRAFT INDUSTRIAL<br>EQUIPMENT CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is

**REMANDED** to the Circuit Court of St. Charles County, State of Missouri.

Dated this  26th  day of October, 2006.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE